SOUTHWICK, Respondent, v. JONES et al., Appellants. (Supreme Court, Appellate Division, Third Department. January 11, 1899.) Action by Eva M. Southwick against De Witt C. Jones and others. No opinion. Judgment affirmed, with costs.

SPANGEHL, Respondent, v. SPANGEHL, Appellant. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) Action by Magdalena Spangehl against Louis W. Spangehl. No opinion. Order modified so as to disallow the twenty-third amendment to proposed case, for the reason that the exception claimed to have been taken at this point appears in the stenographer's minutes, and as modified affirmed, without costs to either party. See 53 N. Y. Supp. 1115.

STATEN ISLAND MIDLAND R. CO., Respondent, v. STATEN ISLAND ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by the Staten Island Midland Railroad Company against the Staten Island Electric Railroad Company. No opinion. Motion for reargument denied. See 54 N. Y. Supp. 598.

STEWART v. FERGUSON. (Supreme Court, Appellate Division, First Department. January 13, 1899.) Action by Thomas C. Stewart against John W. Ferguson. No opinion. Motion denied. See 54 N. Y. Supp. 615.

STORY, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 31, 1899.) Action by Jeremiah T. Story against the Nassau Electric Railroad Company. No opinion. Judgment of the municipal court affirmed, with costs.

STRASBOURGER, Plaintiff, v. FALKENBERG, Defendant. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by Henri Strasbourger against Herman Falkenberg. No opinion. Judgment for plaintiff on agreed statement of facts, on the ground that defendant's title is so doubtful, by reason of the existence of the auctioneer's bond, that the court would not be justified in compelling plaintiff to accept it.

STUART, Respondent, v. STUART et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. February 3, 1899.) Action by Harriet Stuart against Victoria Stuart, individually, etc. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. All concur, except HARDIN, P. J., not voting.

SULLIVAN, Respondent, v. DUNHAM et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 10, 1899.) Action by Mary Sullivan, as administratrix, etc., against Carroll Dunham and others. No opinion. Application for leave to appeal to the court of appeals granted. See 54 N. Y. Supp. 962.

SUTHERLAND, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, Second Department. February 7, 1899.) Action by Donald Sutherland against the Union Railway Company of New York City. No opinion. Judgment and order unanimously affirmed, with costs.